BURGE, administrator, *v.* RAYNOR, tax-collector.

BECK, P. J. The motion for new trial in this case contains the usual general grounds, no exception to any part of the court's charge or to any ruling of the court pending the trial being taken. The evidence is sufficient to support the verdict, and consequently the judgment of the court below refusing a new trial is affirmed.

*Judgment affirmed. All the Justices concur.*

*J. P. Brooke,* for plaintiff in error.

